OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. Where, as here, there is evidence to support the determinations that there was an arrest and that there was no probable cause for the arrest, these mixed questions of law and fact are beyond the power of this court to review (see
 
 People v Harrison,
 
 57 NY2d 470, 477;
 
 People v Wharton,
 
 46 NY2d 924, 925).
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Fuchsberg, Meyer and Simons concur.
 

 On review of submissions pursuant to rule 500.2 (b) of the Rules of the Court of Appeals (22 NYCRR 500.2 [g]), order affirmed in a memorandum.